138172

RECEIVED
BY MAIL
AUG 15 2001
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 01-CV-1252 ADM/SRN **Case Title:** Jay J. Cheng v Eaton corporation

**Affidavit of Movant**

I, James R Crassweller, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael H. King, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Eaton corporation in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 19690 MN Attorney License # — 7/12/01 Date

**Affidavit of Proposed Admittee**

I, Michael H. King, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael H. King — Type/Print Name
[signature] — Signature
8/13/01 — Date

Attorney License Number: 1465678 - Ill. ARDC Registration Number

Law Firm Name & Address: ROSS & HARDIES
150 North Michigan Ave., Suite 2500
Chicago, IL 60601

Telephone: (312) 558-1000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

AUG 15 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________